IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH M. THOMAS,

    Plaintiff,

v.                        CASE NO. CV412-228

DONALD C. SUSSMITH, JR.;
CHANDLER, LLC; HOUSEHOLD
MORTGAGE; and BANK OF
AMERICA;

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Plaintiff's motion (Doc. 6) is **DISMISSED AS MOOT**. Additionally, after the objections deadline, Plaintiff filed what has been docketed as an amended complaint. (Doc. 7.) Whether construed as an amended complaint, a motion, or objections to the report and recommendation, Plaintiff's claims are still without merit and are dismissed.