IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH M. THOMAS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-228
)
DONALD C. SUESSMITH, JR.; )
CHANDLER, LLC; HOUSEHOLD )
MORTGAGE; and BANK OF )
AMERICA; )
)
    Defendants. )
)

## ORDER

Before the Court is Plaintiff's Motion for Relief from Judgment. (Doc. 14.) On November 26, 2012, the Court dismissed this case. (Doc. 9.) Plaintiff's motion to stay the judgment was denied on May 9, 2013. (Doc. 18.) After careful consideration, the Court can discern no avenue for relief. Accordingly, Plaintiff's motion is **DENIED**. This case remains closed.

SO ORDERED this 12th day of March 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA